## AMERICAN BANK OF CONNECTICUT *v.* KATHERINE G. IVIMEY ET AL.

BERDON, J., dissenting. I would grant the petition for certification filed by the defendants Katherine G. Ivimey and John Ivimey.

*Max Brunswick,* in support of the petition.

*Leanne M. Kinsley,* in opposition.

Decided March 19, 1996

## STATE OF CONNECTICUT *v.* EDWARD A. OWEN

The state of Connecticut's petition for certification for appeal from the Appellate Court, 40 Conn. App. 132 (AC 13341), is denied.

*Jo Anne Sulik,* deputy assistant state's attorney, in support of the petition.

*Thomas J. Rechen* and *James A. Budinetz,* in opposition.

Decided March 19, 1996